Copy                                    03-13-00723-CR

2-23-15

Chief Justice Jeff Rose
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

Your Honor:

I respectfully request to be present at all stages of this appeal process including all oral arguments and any meeting where the government makes any presentation, argument or defense to their unconstitutional actions in my case. I am the ONLY person who has access to all of the facts from trial and subsequent misconduct.

I am currently being ping ponged in TDC. I am, for the moment, at the Holiday Unit at Huntsville, but expect this to be short lived.

Please forgive my form and style in this formal request as my request to get to the law library has yet to be honored.

Respectfully,

Charlie Malouff
TDCJ # 1978590


RECEIVED
MAR 06 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

P.O. Box 26041
Austin, Tx. 78755

7014 1820 0002 0091 7530

U.S. POSTAGE
PAID
SAN ANTONIO,TX
78238
MAR 04, 16
AMOUNT
$6.49
00105777-05

1000    78711

Chief Justice Jeff Rose
Third Court of Appeals
P.O. Box 12547
Austin, Tx. 78711

78711325247